## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 07-56326 |
| | : | |
| Robert E. Stotler, Jr. | : | S.S. No. xxx-xx-3271 |
| Claudia L. Stotler | : | S.S. No. xxx-xx-2775 |
| | : | |
| Debtors | : | Chapter 7, Judge Preston |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $1.42 represents small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these small dividends is as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Columbus Radiology Corp.<br>PO Box 7169<br>Columbus, Ohio 43205 | 3 | $1.42 |

Dated: May 5, 2010

/s/ Sara J. Daneman
Sara J. Daneman (0008254)
62 Mill Street
Gahanna, Ohio 43230
(614) 337-0960
Trustee

cc:  U.S. Trustee